IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL NOURI, *on behalf of himself and all others similarly situated*,<br><br>　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SCRANTON,<br><br>　　　Defendant. | CIVIL ACTION<br><br>Case No. 3:23-cv-1362-KM |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE THAT**, upon the Declaration of Nicholas A. Colella, sworn to on January 7, 2025, and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Named Plaintiff Michael Nouri will move this Court on January 17, 2025, at 10:00am in the United States District Court for the Middle District of Pennsylvania, U.S. Courthouse, Courtroom 1, 235 N. Washington Ave., Scranton, PA 18503, before the Honorable Karoline Mehalchick of the United States District Court for the Middle District of Pennsylvania, for an Order under Federal Rule of Civil Procedure 23: (1) finally certifying, for purposes of the Settlement only, the following Settlement Class:

1

> All enrolled students at Scranton during the Spring 2020 semester who paid Tuition and/or Fees, or who were credited with having paid the same and who were registered for at least one in-person class during the Spring 2020 semester.

(2) confirming that the notice plan approved by the Court in its September 18, 2024 Preliminary Approval Order has been fully and sufficiently executed; (3) finally appointing Named Plaintiff Michael Nouri as Settlement Class Representative; (4) finally appointing Nicholas A. Colella of Lynch Carpenter, LLP and Anthony M. Alesandro of Leeds Brown Law, P.C. to act on behalf of the Settlement Class and the Settlement Class Representative with respect to the Settlement; (5) entering the proposed final judgment; and (6) granting such other and further relief as may be just and appropriate.

Dated: January 7, 2025

Respectfully submitted,

/s/ Nicholas A. Colella
Nicholas A. Colella (PA 332699)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
NickC@lcllp.com

Anthony Alesandro, Esq.*
**LEEDS BROWN LAW, P.C.**
1 Old Country Road, Suite 347
Carle Place, NY 11514
516.873.9550
aalesandro@leedsbrownlaw.com
*Pro Hac Vice*

3

*Attorneys for Plaintiff and the Settlement Class*

4

## **LOCAL RULE 7.1 CERTIFICATION OF CONCURRENCE**

I hereby certify that I have sought concurrence with counsel for Defendant as to the relief requested in this motion, and Defendant's concurrence has been given.

/s/ *Nicholas A. Colella*
Nicholas A. Colella

## CERTIFICATE OF SERVICE

I hereby certify that, on January 7, 2025, a true and correct copy of the foregoing was filed through the Court's Electronic Case Filing (ECF) System and that the following attorneys of record are registered to receive notice of said filing through ECF:

Michael E. Baughman
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
Michael.Baughman@troutman.com

Adam R. Martin
TROUTMAN PEPPER HAMILTON SANDERS LLP
Suite 200, 100 Market Street
P.O. Box 1181
Harrisburg, PA 17108-1181
Adam.Martin@troutman.com

*/s/ Nicholas A. Colella*
Nicholas A. Colella