IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL NOURI, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SCRANTON,<br><br>Defendant. | CIVIL ACTION<br><br>Case No. 3:23-cv-1362-KM |

## ORDER

AND NOW, this 22nd day of January, 2025, upon consideration of Plaintiff's Motion for Award of Attorneys' Fees, Costs, and Case Contribution Award to Settlement Class Representative, it hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Class Counsel are awarded attorneys' fees in the amount of $333,300.

IT IS FURTHER ORDERED that Class Counsel are awarded reimbursement of expenses in the amount of $7,268.71.

IT IS FURTHER ORDERED that a Case Contribution Award in the amount

of $2,500.00 is to be paid to Plaintiff Michael Nouri.

SO ORDERED.

*Karoline Mehalchick*
_____
Hon. Karoline Mehalchick
United States District Judge